UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| SANDRA P. FULLER | ) | |
| | ) | |
| v. | ) | NO.2:09-CV-217 |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| Commissioner of Social Security | ) | |

# **O R D E R**

The United States Magistrate Judge filed a Report and Recommendation, [Doc. 31], in this case regarding the plaintiff's "Application for Award of Attorney's Fees Under Equal Access to Justice Act 28 U.S.C. § 2412(d)(1)(A)," [Doc. 27]. The magistrate judge recommends that the motion be denied, and the plaintiff did not file an objection to this recommendation. After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 31], it is hereby **ORDERED** that the Report and Recommendation is **ADOPTED** and **APPROVED**, and that the plaintiff's motion for an attorney fee under 28 U.S.C. § 2412(d)(1) is **DENIED**, [Doc. 27].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE